# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

KEVIN SCOTT THISTLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-464

———————————————

December 1, 2023

Appeal from the County Court for Manatee County; Melissa Gould, Judge.

Howard L. Dimmig, II, Public Defender, and Maureen E. Surber, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.